Ryan Lee (SBN: 024846)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
Tel: 323-988-2400 x241
Fax: 866-583-3695
rlee@consumerlawcenter.com
Attorneys for Plaintiff,
MARY LEWIS

**UNITED STATES DISTRICT COURT,**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| MARY LEWIS, | ) Case No.: |
| | ) |
| Plaintiff, | ) **COMPLAINT AND DEMAND FOR** |
| | ) **JURY TRIAL** |
| v. | ) |
| | ) **(Unlawful Debt Collection Practices)** |
| LAW OFFICE OF JOE PEZZUTO, LLC, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## **PLAINTIFF'S COMPLAINT**

MARY LEWIS (Plaintiff), through her attorneys, KROHN & MOSS, LTD., alleges the following against LAW OFFICE OF JOE PEZZUTO, LLC (Defendant):

### **INTRODUCTION**

1. Count I of Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, *15 U.S.C. 1692 et seq.* (FDCPA).

### **JURISDICTION AND VENUE**

2. Jurisdiction of this court arises pursuant to *15 U.S.C. 1692k(d)*, which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy."

3. Defendant conducts business in and is located in the state of Arizona, and therefore, personal jurisdiction is established.

4. Venue is proper pursuant to *28 U.S.C. 1391(b)(1)*.

5. Declaratory relief is available pursuant to *28 U.S.C. 2201 and 2202*.

**PARTIES**

6. Plaintiff is a natural person residing in Temple, Bell County, Texas.

7. Plaintiff is a consumer as that term is defined by *15 U.S.C. 1692a(3)*, and according to Defendant, Plaintiff allegedly owes a debt as that term is defined by *15 U.S.C. 1692a(5)*.

8. Defendant is a debt collector as that term is defined by *15 U.S.C. 1692a(6)*, and sought to collect a consumer debt from Plaintiff.

9. Defendant is a collection agency and conducts business in Phoenix, Maricopa County, Arizona.

10. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

**FACTUAL ALLEGATIONS**

11. Plaintiff is represented by Debt Counsel for Seniors and the Disabled (DCSD).

12. DCSD is a legal service that assists seniors and disabled individuals on fixed incomes who are experiencing financial difficulty.

13. On November 4, 2008, DCSD sent Cease and Desist letter to Defendant requesting that Defendant Cease communication with Plaintiff.

14. In DCSD's Cease and Desist letter, DCSD asked Defendant to validate the debt. To date, no validation has been provided.

15. Defendant constantly and continuously places collection calls to Plaintiff seeking and demanding payment for an alleged debt.

16. Defendant calls Plaintiff and hangs up without leaving voicemail messages.

# COUNT I
## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT

17. Defendant violated the FDCPA based on the following:

   a. Defendant violated *§1692c(a)(2)* of the FDCPA by contacting Plaintiff by phone after Defendant was notified that Plaintiff was represented by a DCSD attorney.

   b. Defendant violated *§1692c(c)* of the FDCPA by contacting Plaintiff by phone after DCSD sent Defendant a cease and desist letter.

   c. Defendant violated *§1692d* of the FDCPA by engaging in conduct the natural consequence of which is to harass, oppress and/or abuse the Plaintiff.

   d. Defendant violated *§1692d(5)* of the FDCPA when Defendant caused Plaintiff's telephone to ring repeatedly and continuously with the intent to annoy, abuse, and harass Plaintiff.

   e. Defendant violated *§1692d(6)* of the FDCPA by placing telephone calls without meaningful disclosure of the caller's identity because Defendant calls Plaintiff and hangs up without leaving voicemail messages.

   f. Defendant violated *§1692e(10)* of the FDCPA by using deceptive means in an attempt to collect because Defendant calls Plaintiff after being notified that Plaintiff is represented by DCSD.

   g. Defendant violated *§1692e(10)* of the FDCPA by using deceptive means in an attempt to collect a debt because Defendant calls Plaintiff and hangs up without leaving voicemail messages.

   h. Defendant violated *§1692g(b)* of the FDCPA by failing to cease collection of the debt after Plaintiff notified Defendant in writing that the debt is disputed.

WHEREFORE, Plaintiff, MARY LEWIS, respectfully requests judgment be entered against Defendant, LAW OFFICE OF JOE PEZZUTO, LLC, for the following:

18. Declaratory judgment that Defendant's conduct violated the Fair Debt Collection Practices Act,

19. Statutory damages of $1000.00 pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*,

20. Actual damages,

21. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*

22. Any other relief that this Honorable Court deems appropriate.

**DEMAND FOR JURY TRIAL**

Plaintiff, MARY LEWIS, demands a jury trial in this cause of action.

RESPECTFULLY SUBMITTED,

DATED:  November 9, 2009      KROHN & MOSS, LTD.


By:  /s/ Ryan Lee    __

Ryan Lee
Attorney for Plaintiff

## VERIFICATION OF COMPLAINT AND CERTIFICATION

STATE OF TEXAS

Plaintiff, MARY LEWIS, states as follows:

1. I am the Plaintiff in this civil proceeding.
2. I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.
3. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.
4. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.
5. I have filed this Complaint in good faith and solely for the purposes set forth in it.
6. Each and every exhibit I have provided to my attorneys which has been attached to this Complaint is a true and correct copy of the original.
7. Except for clearly indicated redactions made by my attorneys where appropriate, I have not altered, changed, modified or fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwritten notations.

Pursuant to 28 U.S.C. § 1746(2), I, MARY LEWIS, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

DATE: _November 3, 2009_   _Mary Lewis_
                                            MARY LEWIS