```
Ryan Lee, Esq. (SBN 235879)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
T: (323) 988-2400; F: (866) 802-0021
rlee@consumerlawcenter.com
Attorneys for Plaintiff,
MARY LEWIS
```

# UNITED STATES DISTRICT COURT, DISTRICT OF ARIZONA

| | |
|---|---|
| MARY LEWIS, | Case No.: 2:09-cv-02343-MHM |
| Plaintiff, | **VOLUNTARY DISMISSAL** |
| v. | |
| LAW OFFICE OF JOE PEZZUTO, LLC, | |
| Defendant. | |

## VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, MARY LEWIS, by and through his attorneys, KROHN & MOSS, LTD., hereby voluntarily dismisses the above-entitled case with prejudice.

Dated: February 5, 2010                                    KROHN & MOSS, LTD.


                                                           By: /s/ Ryan Lee
                                                               Ryan Lee
                                                           Attorneys for Plaintiff,
                                                           MARY LEWIS

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25